UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| THANH DUY NGUYEN<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCHREIBER FOODS, INC., a foreign corporation,<br><br>　　　　　Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 1:12-cv-00177-DN<br><br>District Judge David Nuffer |

　　　　Based upon the parties' Stipulation and Motion for Dismissal with Prejudice,[1] and for good cause appearing, it is hereby

　　　　ORDERED that all claims asserted in Plaintiff Thanh Duy Nguyen's Amended Complaint against Defendant Schreiber Foods, Inc. are DISMISSED WITH PREJUDICE, with each party to bear his and its own costs and fees.  The Clerk shall close the case.

　　　　Dated January 7, 2014.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket no. 25, filed January 6, 2014.